

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Bobby Carl Lennox aka Bobby Carl Leanox, Appellant

No. 06-19-00164-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28256). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion on Remand delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find reversible error in the judgments of the court below. We modify the judgments to reflect that Appellant was convicted of three class B misdemeanor offenses. We reverse the trial court's judgments as to punishment and remand the case to the trial court for a new trial on punishment.

We further order that the appellee pay all costs of this appeal.

RENDERED MARCH 13, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk